UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22- 1169 |
| | ) | |
| DEFENDANT NO. 1: CONTENTS OF | ) | |
| ACCOUNT NUMBER xxxxxx1736, STYLED | ) | |
| AS WILLIAM B. WHYMARK, LOCATED AT | ) | |
| TD BANK, IN THE APPROXIMATE AMOUNT | ) | |
| OF $164,599.92, More or less; | ) | |
| | ) | |
| DEFENDANT NO. 2: CONTENTS OF | ) | |
| ACCOUNT NUMBER xxxxxx3625, STYLED | ) | |
| AS WILLIAM WHYMARK AND JESSICA | ) | |
| WHYMARK, LOCATED AT CITIBANK, IN | ) | |
| THE APPROXIMATE AMOUNT OF | ) | |
| $501,173.27, More or less; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DEFENDANT NO. 3: CONTENTS OF | ) | |
| ACCOUNT NUMBER xxxxxx3030, STYLED | ) | |
| AS WMK TECHNOLOGY CORP., LOCATED | ) | |
| AT CITIBANK, IN THE APPROXIMATE | ) | |
| AMOUNT OF $37,537.94, More or less; | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Duston J. Slinkard,

United States Attorney for the District of Kansas, and Scott Anderson, Special Assistant United

States Attorney, brings this complaint and alleges as follows in accordance with Supplemental

Rule G(2) of the Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1.      This is an action to forfeit and condemn to the use and benefit of the United States of America the above-captioned property (hereinafter defendants), for violations of 18 U.S.C. § 1343 and 18 U.S.C. § 1957.

## THE DEFENDANTS IN REM

2.      The defendants consist of:

    A.      The contents of account number xxxxxx1736, styled as William B. Whymark, located at TD Bank, in the approximate amount of $164,599.92.

    B.      The contents of account number xxxxxx3625, styled as William Whymark and Jessica Whymark, located at Citibank, in the approximate amount of $501,173.27.

    C.      The contents of account number xxxxxx3030, styled as WMK Technology Corp., located at Citibank in the approximate amount of $37,537.94.

3.      The defendants were seized by the Federal Bureau of Investigations on or about February 4, 2022.  The defendants are currently in the custody of the Federal Bureau of Investigation.

## JURISDICTION AND VENUE

4.      Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendants.  This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. §1345, and over an action for forfeiture under 28 U.S.C. §1355.

5.      This Court has *in rem* jurisdiction over the defendants under 28 U.S.C. §1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. §1355(d) and Supplemental Rule G(3)(c).

6.      Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because

acts or omissions giving rise to the forfeiture occurred in this district.

## **BASIS FOR FORFEITURE**

7.      Defendants No. 1-3 are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) because they were involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1957.  Defendants No. 1-3 are also subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) because they constitute or are derived from proceeds traceable to a scheme to defraud in violation of U.S.C. § 1343.

8.      Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial.  Such facts and circumstances supporting the seizure and forfeiture of the defendants are contained in Exhibit A which is attached hereto and incorporated by reference.

## **CLAIM FOR RELIEF**

WHEREFORE, the plaintiff requests that the Court issue a warrant of arrest *in rem* for the defendants; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the defendants; that the defendants be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above-entitled matter be held in the City of Wichita, Kansas.

> Respectfully submitted,
> DUSTON J. SLINKARD
> United States Attorney
>
> SCOTT ANDERSON, #26095
> Special Assistant United States Attorney
> 1200 Epic Center, 301 N. Main
> Wichita, Kansas 67202
> (316) 269-6481
> Fax: (316) 269-6484
> Scott.anderson2@usdoj.gov

4

## **DECLARATION**

I, Kevin Mills, Special Agent with the Federal Bureau of Investigation (FBI), have read the contents of the foregoing Complaint for Forfeiture in Rem and the exhibit thereto, and the statements contained there are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _29th_ day of July, 2022.

Kevin Mills
Special Agent
FBI