UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-001169-EFM-GEB |
| | ) | |
| DEFENDANT NO. 1: CONTENTS OF ACCOUNT NUMBER xxxxxx1736, STYLED AS WILLIAM B. WHYMARK, LOCATED AT TD BANK, IN THE APPROXIMATE AMOUNT OF $164,599.92, More or less; | ) ) ) ) ) | |
| | ) | |
| DEFENDANT NO. 2: CONTENTS OF ACCOUNT NUMBER xxxxxx3625, STYLED AS WILLIAM WHYMARK AND JESSICA WHYMARK, LOCATED AT CITIBANK, IN THE APPROXIMATE AMOUNT OF $501,173.27, More or less; | ) ) ) ) ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| DEFENDANT NO. 3: CONTENTS OF ACCOUNT NUMBER xxxxxx3030, STYLED AS WMK TECHNOLOGY CORP., LOCATED AT CITIBANK, IN THE APPROXIMATE AMOUNT OF $37,537.94, More or less; | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**WARRANT OF ARREST IN REM AND ORDER FOR NOTICE**

TO THE UNITED STATES MARSHAL OF THE DISTRICT OF KANSAS AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a verified Complaint of Forfeiture has been filed in this Court alleging that the defendant properties are subject to seizure and forfeiture to the United States; and the Court having reviewed the Complaint, the Court hereby finds, in accordance with Rule G(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, that probable cause exists that defendant properties constitute or are derived from

proceeds traceable to a scheme to defraud in violation of 18 U.S.C. § 1343.

YOU ARE THEREFORE HEREBY COMMANDED to arrest and seize the defendant properties, and use discretion and whatever means appropriate to protect and maintain said defendant properties until further order of the Court; and

YOU ARE FURTHER COMMANDED to provide notice of this action to all persons thought to have an interest in or claim against the defendant properties by sending to such person, or to the attorney representing such person with respect to the seizure of the property, a copy of this warrant of arrest in rem, and the verified complaint, in a manner consistent with the principles of service of process of an action in rem under Rule G(4).

This warrant provides notice that in order to avoid civil forfeiture of the property, any person claiming an interest in, or right against, the property must file a claim in this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.  The claim shall identify the specific property claimed, identify the claimant and state the claimant's interest in the property, be signed by *the claimant* under penalty of perjury, and a copy served on the government attorney handling the case.  A claimant shall file their claim no later than **thirty-five (35)** days after the date notice is sent; but if direct notice was not sent to the claimant or the claimant's attorney, a claim shall be filed no later than **sixty (60)** days after the first day of publication on an official government internet forfeiture site; or within the time the Court allows, provided any request for an extension of time from the Court is made prior to the expiration of time which the person must file such verified claim.  **In addition**, any person having filed such claim shall also serve and file an answer to the complaint no later than **twenty-one (21)** days after the filing of the claim.

2

All claims, answers and motions for or concerning the defendant properties shall be filed with the Office of the Clerk, United States District Court, 401 N. Market, Room 204, Wichita, Kansas 67202, with copies thereof sent to Special Assistant United States Attorney Scott L. Anderson, 301 N. Main, Suite 1200, Wichita, Kansas 67202.

SO ORDERED this 5th day of August, 2022.


ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE