UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENDANT NO. 1: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx1736, STYLED )<br>AS WILLIAM B. WHYMARK, LOCATED AT )<br>TD BANK, IN THE APPROXIMATE AMOUNT )<br>OF $164,599.92, More or less;) )<br>)<br>DEFENDANT NO. 2: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx3625, STYLED )<br>AS WILLIAM WHYMARK AND JESSICA )<br>WHYMARK, LOCATED AT CITIBANK, IN )<br>THE APPROXIMATE AMOUNT OF )<br>$501,173.27, More or less; )<br>)<br>and )<br>)<br>DEFENDANT NO. 3: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx3030, STYLED )<br>AS WMK TECHNOLOGY CORP, LOCATED )<br>AT CITIBANK, IN THE APPROXIMATE AMOUNT )<br>OF $37,537.94, More or less; )<br>)<br>Defendants. )<br>_____ ) | Civil Case No. 22-01169-EFM/GEB<br><br><br><br><br><br>**VERIFIED CLAIM OF JESSICA WHYMARK OPPOSING FORFEITURE** |

The undersigned hereby claims an ownership and possessory interest in, and the right to exercise dominion and control over, the contents of account number XXXXXX.736, styled as William B. Whymark, and Jessica Whymark, located at Citibank, in the approximate amount of $501,173.27, more or less.

Dated: ~~October~~ Nov 1, 2022

_____
Jessica Whymark, Claimant

## VERIFICATION

The undersigned declares that he is a claimant in the above-entitled matter, that he has read the foregoing claim that he knows the contents thereof, that the same is true of his own knowledge, and that the foregoing claim is not frivolous.

Dated: October ___, 2022

_____
Jessica Whymark, Claimant