UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENDANT NO. 1: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx1736, STYLED )<br>AS WILLIAM B. WHYMARK, LOCATED AT )<br>TD BANK, IN THE APPROXIMATE AMOUNT )<br>OF $164,599.92, More or less;)<br>)<br>DEFENDANT NO. 2: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx3625, STYLED )<br>AS WILLIAM WHYMARK AND JESSICA )<br>WHYMARK, LOCATED AT CITIBANK, IN )<br>THE APPROXIMATE AMOUNT OF )<br>$501,173.27, More or less; )<br>)<br>and )<br>)<br>DEFENDANT NO. 3: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx3030, STYLED )<br>AS WMK TECHNOLOGY CORP, LOCATED )<br>AT CITIBANK, IN THE APPROXIMATE AMOUNT )<br>OF $37,537.94, More or less; )<br>)<br>Defendants. )<br>_____) | Civil Case No. 22-01169-EFM-GEB |

**CLAIM OF WMK TECHNOLOGY CORP.**

COMES NOW, WMK Technology Corp., and for its claim in the above-referenced matter, states and alleges as follows:

## SECTION I – CONTACT INFORMATION

care of:

William B. Whymark, its President
777 Armonk Road
Mount Kisco, NY 10549
Tax ID Number: 83-3553748
Telephone: 914-815-5003

## SECTION II – ASSETS CLAIMED

WHK Technology Corp. claims an ownership and possessory interest in, and the right to exercise dominion and control over the contents of account number XXXXXX3030, styled as WMK Technology Corp. located at Citibank, in the approximate amount of $37,537.94, more or less.

## SECTION III – INTEREST IN PROPERTY

WMK Technology Corp. claims an interest in the above listed assets as bona fide funds generated and maintained in the ordinary course of its business.

1

## DECLARATION

I attest and declare under penalty of perjury that the foregoing claim is not frivolous, and the information provided in support of the claim is true and correct to the best of my knowledge and belief.

Dated: ~~October~~ NOV 1, 2022

WMK TECHNOLOGY CORP.

*[signature]*

Authorized Representative
Name: William B. Whymark
Title: President

2

000999\AD101 130298754.v2