UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENDANT NO. 1: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx1736, STYLED )<br>AS WILLIAM B. WHYMARK, LOCATED AT )<br>TD BANK, IN THE APPROXIMATE AMOUNT )<br>OF $164,599.92, More or less; )<br>)<br>DEFENDANT NO. 2: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx3625, STYLED )<br>AS WILLIAM WHYMARK AND JESSICA )<br>WHYMARK, LOCATED AT CITIBANK, IN )<br>THE APPROXIMATE AMOUNT OF )<br>$501,173.27, More or less; )<br>)<br>and )<br>)<br>DEFENDANT NO. 3: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx3030, STYLED )<br>AS WMK TECHNOLOGY CORP., LOCATED )<br>AT CITIBANK, IN THE APPROXIMATE )<br>AMOUNT OF $37,537.94, More or less; )<br>)<br>Defendants. )<br>) | Case No. 22-1169-EFM-GEB |

**UNITED STATES' STATUS REPORT**

The United States of America, by and through Special Assistant United States Attorney Scott L. Anderson, submits this report regarding the status of the forfeiture action against the above defendant assets, as follows:

1. This Civil Asset Forfeiture action was filed on August 1, 2022. (Doc. 1).

2. On August 12, 2022, electronic publication began, and it was completed on September 10, 2022. (Doc. 4).

3. On September 1, 2022 notice was sent via first class mail and on September 1, 2022 and September 21, 2022, notice was sent via certified mail to William Whymark. The certified mail was delivered on September 27, 2022. Mr. Whymark filed a pro se claim on November 2, 2022. (Doc. 13).

4. On September 1, 2022, notice was sent via first class mail and certified mail to Jessica Whymark. Both the first class and certified mail were returned as not deliverable on September 26, 2022. Ms. Whymark filed a pro se claim on November 1, 2022. (Doc. 14).

5. On September 1, 2022, notice was sent via first class mail and certified mail to WMK Technology Corporation to an address in Armonk, New York and an address in Topeka, Kansas. The mail sent to Armonk, New York was returned as not deliverable on September 27, 2022, but the mail to Topeka, Kansas was delivered on September 7, 2022. WMK Technology Corporation filed a pro se claim on November 1, 2022. (Doc. 15).

6. Subsequent to the filed claim by WMK Technology Corporation, it was determined that a corporation cannot file a claim in a civil forfeiture case pro se. The United States has reached out to Michael Grudberg, the attorney who helped facilitate the original pro se claims by all parties, and WMK Technology Corporation is working towards correcting this error.

7. Mr. Grudberg has not been retained to represent any of the claimants in this forfeiture action.

8. On November 9, 2022, William Whymark was indicted in case 22-CR-40084-TC.

9. William Whymark is represented in the criminal case by David Magariel.

10. After the initial claims were filed, the United States discussed the possibility of staying the civil forfeiture case pending the outcome of the criminal case with Mr. Grudberg. Mr. Grudberg indicated he would speak with the claimants.

11.     The United States is not opposed to staying the forfeiture case pending the criminal case once WMK Technology Corporation has cured its defective claim and once all pro se claimants have filed answers.

12.     In the event that WMK's defective claim is not cured, and the three claimants do not submit answers, the United States will move to strike the claims and enter a default judgement.

                                                        Respectfully Submitted,

                                                        DUSTON J. SLINKARD
                                                        United States Attorney
                                                        District of Kansas

                                                        /s/ Scott L. Anderson
                                                        SCOTT L. ANDERSON, #26095
                                                        Special Assistant United States Attorney
                                                        1200 Epic Center, 301 N. Main
                                                        Wichita, Kansas 67202
                                                        (316) 269-6481
                                                        Fax: (316) 269-6484
                                                        scott.anderson2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2022, the following was electronically filed with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record.

I have also caused the mailing of this Status Report to:

>William B. Whymark
>Jessica Whymark
>WMK Technology Corp.
>777 Armonk Road
>Mount Kisco, NY 10549

I have also electronically mailed this Status Report to:

>Michael Grudberg
>mgrudberg@tarterkrinsky.com
>
>David Magariel
>David_Magariel@fd.org

>/s/ Scott L. Anderson
>SCOTT L. ANDERSON
>Special Assistant United States Attorney