UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEFENDANT NO. 1: CONTENTS OF ) <br> ACCOUNT NUMBER xxxxxx1736, STYLED ) <br> AS WILLIAM B. WHYMARK, LOCATED AT ) <br> TD BANK, IN THE APPROXIMATE AMOUNT ) <br> OF $164,599.92, More or less; ) <br> ) <br> DEFENDANT NO. 2: CONTENTS OF ) <br> ACCOUNT NUMBER xxxxxx3625, STYLED ) <br> AS WILLIAM WHYMARK AND JESSICA ) <br> WHYMARK, LOCATED AT CITIBANK, IN ) <br> THE APPROXIMATE AMOUNT OF ) <br> $501,173.27, More or less; ) <br> ) <br> and ) <br> ) <br> DEFENDANT NO. 3: CONTENTS OF ) <br> ACCOUNT NUMBER xxxxxx3030, STYLED ) <br> AS WMK TECHNOLOGY CORP., LOCATED ) <br> AT CITIBANK, IN THE APPROXIMATE ) <br> AMOUNT OF $37,537.94, More or less; ) <br> ) <br> Defendants. ) <br> ) | Case No. 22-1169-EFM-GEB |

**UNITED STATES' STATUS REPORT**

The United States of America, by and through Kate E. Brubacher, United States Attorney for the District of Kansas, and Scott L. Anderson, Special Assistant United States Attorney, submits this report regarding the status of the forfeiture action against the above defendant assets, as follows:

1. This civil asset forfeiture action was filed on August 1, 2022.

2. After filing this action, the United States sent notice of the action to potentially interested persons and published notice to the appropriate government website. (Docs. 4-12).

3. On or about November 1, 2022, claims were filed by William Whymark, Jessica Whymark, and WMK Technology Corp. (Docs. 13-15).

4. On December 30, 2022, the United States filed a status update with the Court (Doc. 16).

5. After the filing of Doc. 16, the United States caused the status report to be mailed to the pro-se claimants. These three mailings were not returned as undeliverable.

6. On March 15, 2023, the United States caused to be mailed three certified letters to William Whymark, Jessica Whymark, and WMK Technology Corp. to the Mount Kisco, New York, address.

7. These letters notified the claimants that the United States intended to file a motion to strike their claims should they not file an answer by March 27, 2023.

8. On March 20, 2023, the certified mail to WMK Technology Corp. was delivered but without signature.

9. The certified letters to William Whymark and Jessica Whymark were rerouted to Florida and delivery was attempted on March 22, 2023, but no authorized recipient was available.

10. On March 27, 2023, the United States Postal Service issued a reminder to schedule redelivery of the two letters.

11. On March 27, 2023, at 4:46pm Eastern Standard Time, the letters to William Whymark and Jessica Whymark were picked up at a post office in Miami Beach, Florida.

12. The United States did not receive any communication from the pro-se claimants between December 30, 2022 and March 27, 2023.

13. On March 27, 2023, at 3:59pm Central Standard Time, William Whymark sent an email to the United States indicating he thought the case had been stayed despite the prior status report by the United States.

14. The United States explained to William Whymark that he needed to file an answer in this civil case for himself and that he needed to hire counsel for WMK Technology Corp. to correct the error identified in the claim and to file an answer.

15. The United States provided copies, by email, of the status update (Doc. 16), the Court's letter dated December 14, 2022, as well as the letter sent on March 15, 2023 to William Whymark.

16. On March 27, 2023, William Whymark indicated he would hire counsel in Kansas for WMK Technology Corp. the next day, March 28, 2023. As of March 31, 2023, no counsel has entered an appearance for WMK Technology Corp.

17. On March 28, 2023, William Whymark provided the United States with an updated mailing address located in North Bay Village, Florida.

18. On March 28, 2023, Jessica Whymark contacted the United States via email and she was advised that she would need to file an answer with the Court before a stay is considered.

19. The United States provided copies, by email, of the status update (Doc. 16), the Court's letter dated December 14, 2022, as well as the letter sent on March 15, 2023 to Jessica Whymark.

20. The United States communicated to both William Whymark and Jessica Whymark that the United States will file a motion to strike each of their claims should they not file an answer within 30 days.

21. On November 21, 2022, in 22-CR-40084, the companion criminal case, the Court filed a Pretrial and Criminal Case Management Order (22-CR-40084, Doc. 17).

22. A status conference was scheduled in 22-CR-40084 for December 14, 2022.

23. On December 7, 2022, this status conference was continued to February 15, 2023.

24. On February 13, 2023, this status conference was continued to April 19, 2023.

25. On May 1, 2023, should claimant WMK Technology Corp. not retain counsel and correct the claim as well as file an answer, the United States will move to strike its claim.

26. On May 1, 2023, should claimants William Whymark or Jessica Whymark not have an answer on file with the court, the United States will move to strike their claim.

27. In the event WMK Technology Corp., William Whymark, or Jessica Whymark correct the errors and/or file answers, the United States expects that the parties will move to stay the civil case pending the outcome of the criminal case.

    Respectfully Submitted,

    KATE E. BRUBACHER
    United States Attorney
    District of Kansas

    /s/ Scott L. Anderson
    SCOTT L. ANDERSON, #26095
    Special Assistant United States Attorney
    1200 Epic Center, 301 N. Main
    Wichita, Kansas 67202
    (316) 269-6481
    Fax: (316) 269-6484
    scott.anderson2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, the following was electronically filed with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record.

I have also caused the mailing of this Status Report to:

> William Whymark
> Jessica Whymark
> WMK Technology Corp.
> 8000 West Drive
> Apt 838
> North Bay Village, FL 33141

I have also electronically mailed this Status Report to:

> William Whymark
> billwhymark@yahoo.com
>
> Jessica Whymark
> jessica.bara@aol.com

/s/Scott L. Anderson
SCOTT L. ANDERSON
Special Assistant United States Attorney