UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEFENDANT NO. 1: CONTENTS OF ) <br> ACCOUNT NUMBER xxxxxx1736, STYLED ) <br> AS WILLIAM B. WHYMARK, LOCATED AT ) <br> TD BANK, IN THE APPROXIMATE AMOUNT ) <br> OF $164,599.92, More or less; ) <br> ) <br> DEFENDANT NO. 2: CONTENTS OF ) <br> ACCOUNT NUMBER xxxxxx3625, STYLED ) <br> AS WILLIAM WHYMARK AND JESSICA ) <br> WHYMARK, LOCATED AT CITIBANK, IN ) <br> THE APPROXIMATE AMOUNT OF ) <br> $501,173.27, More or less; ) <br> ) <br> and ) <br> ) <br> DEFENDANT NO. 3: CONTENTS OF ) <br> ACCOUNT NUMBER xxxxxx3030, STYLED ) <br> AS WMK TECHNOLOGY CORP., LOCATED ) <br> AT CITIBANK, IN THE APPROXIMATE ) <br> AMOUNT OF $37,537.94, More or less; ) <br> ) <br> Defendants. ) | Case No. 22-1169-EFM-GEB |

## JOINT MOTION TO STAY PROCEEDINGS

COMES NOW the United States, by and through Kate E. Brubacher, United States Attorney for the District of Kansas, and Scott L. Anderson, Special Assistant United States Attorney, and claimants William Whymark, pro se, and Jessica Whymark, pro se, and moves the Court pursuant to 18 U.S.C. § 981(g)(1) and (2) for an order staying this civil forfeiture proceeding until a parallel criminal case involving at least one of the claimants, William Whymark, is resolved. In support thereof, the government advises the Court:

1

1.      On August 1, 2022, the government filed this civil forfeiture action against the defendant property to prevent their disposal prior to the completion of the parallel criminal investigation. William and Jessica Whymark have filed claims contesting the forfeiture of the property.

2.      Since this forfeiture case was filed the United States has worked with both claimants to get an Answer on file with the Court. However, neither claimant has filed an Answer and it has become clear that a stay would be in the best interests of justice.

3.      On November 9, 2022, William Whymark was indicted in District of Kansas case number 22-CR-40084-TC.

WHEREFORE, for the foregoing reasons, the parties respectfully request the Court to stay this case pending the resolution of District of Kansas case number 22-CR-40084-TC.

Respectfully submitted for the Parties,

KATE E. BRUBACHER
United States Attorney

SCOTT L. ANDERSON
Special Assistant United States Attorney
KS S. Ct. # 26095
301 N. Main, Ste. 1200
Wichita, KS 67202
(316) 269-6538
(316) 269-6484 (FAX)
scott.anderson2@usdoj.gov

WILLIAM WHYMARK
Pro Se

JESSICA WHYMARK
Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2023, I caused the electronic filing of the foregoing with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record.

_____
SCOTT L. ANDERSON
Special Assistant United States Attorney