UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENDANT NO. 1: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx1736, STYLED )<br>AS WILLIAM B. WHYMARK, LOCATED AT )<br>TD BANK, IN THE APPROXIMATE AMOUNT )<br>OF $164,599.92, More or less; )<br>)<br>DEFENDANT NO. 2: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx3625, STYLED )<br>AS WILLIAM WHYMARK AND JESSICA )<br>WHYMARK, LOCATED AT CITIBANK, IN )<br>THE APPROXIMATE AMOUNT OF )<br>$501,173.27, More or less; )<br>)<br>and )<br>)<br>DEFENDANT NO. 3: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx3030, STYLED )<br>AS WMK TECHNOLOGY CORP., LOCATED )<br>AT CITIBANK, IN THE APPROXIMATE )<br>AMOUNT OF $37,537.94, More or less; )<br>)<br>Defendants. )<br>_____) | Case No. 22-1169-EFM-GEB |

## UNITED STATES' STATUS REPORT

The United States of America, by and through Kate E. Brubacher, United States Attorney for the District of Kansas, and Scott L. Anderson, Special Assistant United States Attorney, submits this report regarding the status of the forfeiture action against the above defendant assets and the parallel criminal case, as follows:

1. This civil asset forfeiture action was filed on August 1, 2022. (22-CV-1169, Doc. 1).

2. After filing this action, the United States sent notice of the action to potentially interested persons and published notice to the appropriate government website. (Docs. 4-12).

3. On or about November 1, 2022, claims were filed by William Whymark, Jessica Whymark, and WMK Technology Corp. (Docs. 13-15).

4. On November 21, 2022, in 22-CR-40084, the companion criminal case, the Court filed a Pretrial and Criminal Case Management Order. (22-CR-40084, Doc. 17).

5. A status conference was scheduled in 22-CR-40084 for December 14, 2022. (22-CR-40084, Doc. 17).

6. On December 7, 2022, the status conference in 22-CR-40084 was continued to February 15, 2023. (22-CR-40084, Doc. 21).

7. On December 30, 2022, the United States filed a status update with the Court. (22-CV-1169, Doc. 16).

8. On February 13, 2023, the status conference in 22-CR-40084 was continued to April 19, 2023. (22-CR-40084, Doc. 28).

9. On March 31, 2023, the United States filed a status update with the Court. (22-CV-1169, Doc. 18).

10. On April 14, 2023, the status conference in 22-CR-40084 was continued to June 21, 2023. (22-CR-40084, Doc. 30).

11. On May 2, 2023, after a joint motion, 22-CV-1169 was stayed by the Court. (22-CV-1169, Doc. 20).

12. A status report to update the Court on 22-CR-40084 was scheduled to be filed on or before October 20, 2023. (22-CV-1169, Doc. 20).

13. On June 14, 2023, the status conference in 22-CR-40084 was continued to September 20, 2023. (22-CR-40084, Doc. 37).

14. On September 15, 2023, the status conference in 22-CR-40084 was continued to December 20, 2023. (22-CR-40084, Doc. 39).

15. AUSAs assigned to 22-CR-40084 have indicated that the voluminous amount of discovery wrapped up in September 2023 and the criminal case would be continued to allow defense counsel time to review the discovery.

16. The United States requests that 22-CV-1169 remain stayed pending the outcome in 22-CR-40084.

Respectfully Submitted,

KATE E. BRUBACHER
United States Attorney
District of Kansas

/s/ Scott L. Anderson
SCOTT L. ANDERSON, #26095
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
scott.anderson2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2023, the following was electronically filed with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record.

I have also caused the mailing of this Status Report to:

>William Whymark
>Jessica Whymark
>WMK Technology Corp.
>8000 West Drive
>Apt 838
>North Bay Village, FL 33141

I have also electronically mailed this Status Report to:

>William Whymark
>billwhymark@yahoo.com
>
>Jessica Whymark
>jessica.bara@aol.com

>/s/Scott L. Anderson
>SCOTT L. ANDERSON
>Special Assistant United States Attorney