UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) <br> ) <br> Plaintiff,              ) <br> ) <br> v.                                            ) <br> ) <br> DEFENDANT NO. 1: CONTENTS OF    ) <br> ACCOUNT NUMBER xxxxxx1736, STYLED ) <br> AS WILLIAM B. WHYMARK, LOCATED AT ) <br> TD BANK, IN THE APPROXIMATE AMOUNT ) <br> OF $164,599.92, More or less;              ) <br> ) <br> DEFENDANT NO. 2: CONTENTS OF    ) <br> ACCOUNT NUMBER xxxxxx3625, STYLED ) <br> AS WILLIAM WHYMARK AND JESSICA   ) <br> WHYMARK, LOCATED AT CITIBANK, IN ) <br> THE APPROXIMATE AMOUNT OF         ) <br> $501,173.27, More or less;              ) <br> ) <br> and              ) <br> ) <br> DEFENDANT NO. 3: CONTENTS OF    ) <br> ACCOUNT NUMBER xxxxxx3030, STYLED ) <br> AS WMK TECHNOLOGY CORP., LOCATED ) <br> AT CITIBANK, IN THE APPROXIMATE   ) <br> AMOUNT OF $37,537.94, More or less;   ) <br> ) <br> Defendants.              ) | Case No. 22-1169-EFM-GEB |

## UNITED STATES' STATUS REPORT

The United States of America, by and through Kate E. Brubacher, United States Attorney for the District of Kansas, and Scott L. Anderson, Special Assistant United States Attorney, submits this report regarding the status of the forfeiture action against the above defendant assets and the parallel criminal case, as follows:

1. This civil asset forfeiture action was filed on August 1, 2022. (22-CV-1169, Doc. 1).

2. After filing this action, the United States sent notice of the action to potentially interested persons and published notice to the appropriate government website. (Docs. 4-12).

3. On or about November 1, 2022, claims were filed by William Whymark, Jessica Whymark, and WMK Technology Corp. (Docs. 13-15).

4. On November 21, 2022, in 22-CR-40084, the companion criminal case, the Court filed a Pretrial and Criminal Case Management Order. (22-CR-40084, Doc. 17).

5. On December 18, 2023, the status conference in 22-CR-40084 which was set for December 20, 2023, was continued to February 21, 2024. (22-CR-40084, Doc. 41).

6. On December 28, 2023, substitute counsel for William Whymark entered their appearance. (22-CR-40084, Doc. 44).

7. On January 18, 2024, counsel for Robert Smith was permitted to withdraw and counsel was appointed pursuant to the Criminal Justice Act. (22-CR-40084, Doc. 46).

8. On February 16, 2024, the status conference in 22-CR-40084 was continued to April 17, 2024. (22-CR-40084, Doc. 48).

9. On April 11, 2024, the status conference in 22-CR-40084 was continued to June 26, 2024. (22-CR-40084, Doc. 50 & 51).

10. AUSAs assigned to 22-CR-40084 indicated that there is a large amount of discovery and the criminal case would be continued to allow defense counsel time to review the discovery. Based on the docket entries associated with the last three continued status conferences, defense counsel still requires additional time to review the discovery, investigate the case, and work with potential expert witnesses.

11. The United States requests that 22-CV-1169 remain stayed pending the outcome in 22-CR-40084 as the discovery and fifth amendment concerns still remain.

    Respectfully Submitted,

    KATE E. BRUBACHER
    United States Attorney
    District of Kansas

    /s/ Scott L. Anderson
    SCOTT L. ANDERSON, #26095
    Special Assistant United States Attorney
    1200 Epic Center, 301 N. Main
    Wichita, Kansas 67202
    (316) 269-6481
    Fax: (316) 269-6484
    scott.anderson2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2023, the following was electronically filed with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record.

I have also caused the mailing of this Status Report to:

> William Whymark
> Jessica Whymark
> WMK Technology Corp.
> 8000 West Drive
> Apt 838
> North Bay Village, FL 33141

I have also electronically mailed this Status Report to:

> William Whymark
> billwhymark@yahoo.com
>
> Jessica Whymark
> jessica.bara@aol.com

    /s/Scott L. Anderson
    SCOTT L. ANDERSON
    Special Assistant United States Attorney