UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>DEFENDANT NO. 1: CONTENTS OF ACCOUNT NUMBER xxxxxx1736, STYLED AS WILLIAM B. WHYMARK, LOCATED AT TD BANK, IN THE APPROXIMATE AMOUNT OF $164,599.92, More or less;<br><br>DEFENDANT NO. 2: CONTENTS OF ACCOUNT NUMBER xxxxxx3625, STYLED AS WILLIAM WHYMARK AND JESSICA WHYMARK, LOCATED AT CITIBANK, IN THE APPROXIMATE AMOUNT OF $501,173.27, More or less;<br><br>and<br><br>DEFENDANT NO. 3: CONTENTS OF ACCOUNT NUMBER xxxxxx3030, STYLED AS WMK TECHNOLOGY CORP., LOCATED AT CITIBANK, IN THE APPROXIMATE AMOUNT OF $37,537.94, More or less;<br><br>                    Defendants. | Case No. 22-1169-EFM-GEB |

## UNITED STATES' STATUS REPORT

The United States of America, by and through Kate E. Brubacher, United States Attorney for the District of Kansas, and Scott L. Anderson, Special Assistant United States Attorney, submits this report regarding the status of the forfeiture action against the above defendant assets and the parallel criminal case, as follows:

1. This civil asset forfeiture action was filed on August 1, 2022. (22-CV-1169, Doc. 1).

2. After filing this action, the United States sent notice of the action to potentially interested persons and published notice to the appropriate government website. (Docs. 4-12).

3. On or about November 1, 2022, claims were filed by William Whymark, Jessica Whymark, and WMK Technology Corp. (Docs. 13-15).

4. On November 21, 2022, in 22-CR-40084, the companion criminal case, the Court filed a Pretrial and Criminal Case Management Order. (22-CR-40084, Doc. 17).

5. On December 18, 2023, the status conference in 22-CR-40084 which was set for December 20, 2023, was continued to February 21, 2024. (22-CR-40084, Doc. 41).

6. On December 28, 2023, substitute counsel for William Whymark entered their appearance. (22-CR-40084, Doc. 44).

7. On January 18, 2024, counsel for Robert Smith was permitted to withdraw and counsel was appointed pursuant to the Criminal Justice Act. (22-CR-40084, Doc. 46).

8. On February 16, 2024, the status conference in 22-CR-40084 was continued to April 17, 2024. (22-CR-40084, Doc. 48).

9. On April 11, 2024, the status conference in 22-CR-40084 was continued to June 26, 2024. (22-CR-40084, Doc. 50 & 51).

10. On June 25, 2024, the status conference in 22-CR-40084 was continued to September 25, 2024 at the request of defense counsel. (22-CR-40084, Doc. 54 & 55).

11. On September 20, 2024, the status conference in 22-CR-40084 was continued to December 19, 2024 at the request of defense counsel. (22-CR-40084, Doc. 56 & 57).

12. On September 27, 2024, I spoke with the AUSAs assigned to 22-CR-40084 who indicated that the defendant's motion to continue the status conference cited the need to continue to review discovery. Plea negotiations are ongoing in the criminal case.

13. The United States requests that 22-CV-1169 remain stayed pending the outcome in 22-CR-40084 as the discovery and fifth amendment concerns still remain.

        Respectfully Submitted,

        KATE E. BRUBACHER
        United States Attorney
        District of Kansas

        /s/ Scott L. Anderson
        SCOTT L. ANDERSON, #26095
        Special Assistant United States Attorney
        1200 Epic Center, 301 N. Main
        Wichita, Kansas 67202
        (316) 269-6481
        Fax: (316) 269-6484
        scott.anderson2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2024, the following was electronically filed with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record.

I have also caused the mailing of this Status Report to:

>William Whymark
>Jessica Whymark
>WMK Technology Corp.
>8000 West Drive
>Apt 838
>North Bay Village, FL 33141

I have also electronically mailed this Status Report to:

>William Whymark
>billwhymark@yahoo.com
>
>Jessica Whymark
>jessica.bara@aol.com

/s/Scott L. Anderson
SCOTT L. ANDERSON
Special Assistant United States Attorney