UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENDANT NO. 1: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx1736, STYLED )<br>AS WILLIAM B. WHYMARK, LOCATED AT )<br>TD BANK, IN THE APPROXIMATE AMOUNT )<br>OF $164,599.92, More or less; )<br>)<br>DEFENDANT NO. 2: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx3625, STYLED )<br>AS WILLIAM WHYMARK AND JESSICA )<br>WHYMARK, LOCATED AT CITIBANK, IN )<br>THE APPROXIMATE AMOUNT OF )<br>$501,173.27, More or less; )<br>)<br>and )<br>)<br>DEFENDANT NO. 3: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx3030, STYLED )<br>AS WMK TECHNOLOGY CORP., LOCATED )<br>AT CITIBANK, IN THE APPROXIMATE )<br>AMOUNT OF $37,537.94, More or less; )<br>)<br>Defendants. )<br>) | Case No. 22-1169-EFM-GEB |

**UNITED STATES' STATUS REPORT**

The United States of America, by and through Duston J. Slinkard, Acting United States Attorney for the District of Kansas, and Scott L. Anderson, Special Assistant United States Attorney, submits this report regarding the status of the forfeiture action against the above defendant assets and the parallel criminal case, as follows:

1. This civil asset forfeiture action was filed on August 1, 2022. (22-CV-1169, Doc. 1).

2. On or about November 1, 2022, claims were filed by William Whymark, Jessica Whymark, and WMK Technology Corp. (Docs. 13-15).

3. On November 9, 2022, in District of Kansas criminal case 22-CR-40084, William Whymark was indicted on one count of conspiracy to commit wire fraud, fifteen counts of wire fraud, and three counts of money laundering.

4. All previous status reports are incorporated by reference. (Docs. 16, 18, 21, 24, 27).

5. On December 19, 2024, a status conference was held in 22-CR-40084. At the status conference, the deadline for Rule 12 motions was set for March 21, 2025 and a Status Conference was set for June 25, 2025. (22-CR-40084, Doc. 60).

6. As of March 25, 2025, no Rule 12 motions appear to have been filed.

7. On February 25, 2025, a joint motion requesting a pre-plea PSR was filed. On March 3, 2025, this motion was denied. (Docs. 61 - 62).

8. On March 21, 2025, I spoke with the AUSAs assigned to 22-CR-40084 who indicated that plea negotiations are ongoing, but they have not reached an agreement yet.

9. The United States requests that 22-CV-1169 remain stayed pending the outcome in 22-CR-40084 as the discovery and fifth amendment concerns still remain.

Respectfully Submitted,

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

/s/ Scott L. Anderson
SCOTT L. ANDERSON, #26095
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
scott.anderson2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, the following was electronically filed with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record.

I have also caused the mailing of this Status Report to:

> William Whymark
> Jessica Whymark
> WMK Technology Corp.
> 605 N. Dixie Hwy
> Apt B-211
> Hallandale Beach, FL 33009

I have also electronically mailed this Status Report to:

> William Whymark
> billwhymark@yahoo.com
>
> Jessica Whymark
> jessica.bara@aol.com

/s/Scott L. Anderson
SCOTT L. ANDERSON
Special Assistant United States Attorney