UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEFENDANT NO. 1: CONTENTS OF ACCOUNT NUMBER xxxxxx1736, STYLED AS WILLIAM B. WHYMARK, LOCATED AT TD BANK, IN THE APPROXIMATE AMOUNT OF $164,599.92, More or less;<br><br>DEFENDANT NO. 2: CONTENTS OF ACCOUNT NUMBER xxxxxx3625, STYLED AS WILLIAM WHYMARK AND JESSICA WHYMARK, LOCATED AT CITIBANK, IN THE APPROXIMATE AMOUNT OF $501,173.27, More or less;<br><br>and<br><br>DEFENDANT NO. 3: CONTENTS OF ACCOUNT NUMBER xxxxxx3030, STYLED AS WMK TECHNOLOGY CORP., LOCATED AT CITIBANK, IN THE APPROXIMATE AMOUNT OF $37,537.94, More or less;<br><br>    Defendants. | Case No. 22-1169-EFM-GEB |

## WITHDRAWAL OF CLAIM OF WILLIAM WHYMARK

COMES NOW, Claimant William Whymark and hereby withdraws his Claim (Doc. 13) to Defendants No. 1, 2, and 3 and disclaims any interest in Defendant No. 1, the contents of TD Bank account xxxxxx1736, Defendant No. 2, the contents of Citibank account xxxxxx3625, and Defendant No. 3, the contents of Citibank account xxxxxx3030.

5-19-2025
DATE

_____
William Whymark