UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENDANT NO. 1: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx1736, STYLED )<br>AS WILLIAM B. WHYMARK, LOCATED AT )<br>TD BANK, IN THE APPROXIMATE AMOUNT )<br>OF $164,599.92, More or less; )<br>)<br>DEFENDANT NO. 2: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx3625, STYLED )<br>AS WILLIAM WHYMARK AND JESSICA )<br>WHYMARK, LOCATED AT CITIBANK, IN )<br>THE APPROXIMATE AMOUNT OF )<br>$501,173.27, More or less; )<br>)<br>and )<br>)<br>DEFENDANT NO. 3: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx3030, STYLED )<br>AS WMK TECHNOLOGY CORP., LOCATED )<br>AT CITIBANK, IN THE APPROXIMATE )<br>AMOUNT OF $37,537.94, More or less; )<br>)<br>_____Defendants.___) | Case No. 22-1169-EFM-GEB |

## **WITHDRAWAL OF CLAIM OF WMK TECHNOLOGY CORPORATION**

COMES NOW, Claimant WMK Technology Corporation and hereby withdraws its Claim (Doc. 15) to Defendants No. 1, 2, and 3 and disclaims any interest in Defendant No. 1, the contents of TD Bank account xxxxxx1736, Defendant No. 2, the contents of Citibank account xxxxxx3625, and Defendant No. 3, the contents of Citibank account xxxxxx3030.

5-19-2025
DATE

_____
William Whymark