IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENDANT NO. 1: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx1736, STYLED )<br>AS WILLIAM B. WHYMARK, LOCATED AT )<br>TD BANK, IN THE APPROXIMATE AMOUNT )<br>OF $164,599.92, More or less; )<br>)<br>DEFENDANT NO. 2: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx3625, STYLED )<br>AS WILLIAM WHYMARK AND JESSICA )<br>WHYMARK, LOCATED AT CITIBANK, IN )<br>THE APPROXIMATE AMOUNT OF )<br>$501,173.27, More or less; and )<br>)<br>DEFENDANT NO. 3: CONTENTS OF )<br>ACCOUNT NUMBER xxxxxx3030, STYLED )<br>AS WMK TECHNOLOGY CORP., LOCATED )<br>AT CITIBANK, IN THE APPROXIMATE )<br>AMOUNT OF $37,537.94, More or less; )<br>)<br>Defendants. ) | Case No. 22-1169-EFM-GEB |

## **ORDER TO LIFT STAY**

The United States of America has moved the Court for an Order lifting the stay imposed in this matter. Currently, there are no other parties in the proceeding. Upon consideration, the motion should be GRANTED.

IT IS HEREBY ORDERED that the stay imposed in this case is lifted.

Dated this 21st day of July, 2025.

                                                                  s/ Gwynne E. Birzer
                                                                  GWYNNE E. BIRZER
                                                                  U. S. MAGISTRATE JUDGE