UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-1169-EFM-GEB |
| | ) | |
| DEFENDANT NO. 1: CONTENTS OF | ) | |
| ACCOUNT NUMBER xxxxxx1736, STYLED | ) | |
| AS WILLIAM B. WHYMARK, LOCATED AT | ) | |
| TD BANK, IN THE APPROXIMATE AMOUNT | ) | |
| OF $164,599.92, More or less; | ) | |
| | ) | |
| DEFENDANT NO. 2: CONTENTS OF | ) | |
| ACCOUNT NUMBER xxxxxx3625, STYLED | ) | |
| AS WILLIAM WHYMARK AND JESSICA | ) | |
| WHYMARK, LOCATED AT CITIBANK, IN | ) | |
| THE APPROXIMATE AMOUNT OF | ) | |
| $501,173.27, More or less; and | ) | |
| | ) | |
| DEFENDANT NO. 3: CONTENTS OF | ) | |
| ACCOUNT NUMBER xxxxxx3030, STYLED | ) | |
| AS WMK TECHNOLOGY CORP., LOCATED | ) | |
| AT CITIBANK, IN THE APPROXIMATE | ) | |
| AMOUNT OF $37,537.94, More or less; | ) | |
| | ) | |
| Defendants. | ) | |

## CLERK'S ENTRY OF DEFAULT

Plaintiff, the United States of America, has submitted its Application for Clerk's Entry

of Default as to defendant property, pursuant to Rule 55(a) of the Federal Rules of Civil

Procedure. The United States appears by and through Scott L. Anderson, Special Assistant

United States Attorney.

Upon review, the Clerk has determined that the allegations of the application are true;

that Plaintiff has shown that a Complaint for Forfeiture was filed; that notice of this action was

duly provided and published; that no persons or entities have filed claims to the defendant

property; and, that an entry of default should now be entered.

The Clerk of the Court hereby enters default against defendant property.

IT IS SO ENTERED this 23rd day of July, 2025.

SKYLAR B. O'HARA, CLERK

By:   / s/ Cindy McKee
Deputy Clerk