UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DEFENDANT NO. 1: CONTENTS OF  )<br>ACCOUNT NUMBER xxxxxx1736, STYLED  )<br>AS WILLIAM B. WHYMARK, LOCATED AT  )<br>TD BANK, IN THE APPROXIMATE AMOUNT  )<br>OF $164,599.92, More or less;  )<br>  )<br>DEFENDANT NO. 2: CONTENTS OF  )<br>ACCOUNT NUMBER xxxxxx3625, STYLED  )<br>AS WILLIAM WHYMARK AND JESSICA  )<br>WHYMARK, LOCATED AT CITIBANK, IN  )<br>THE APPROXIMATE AMOUNT OF  )<br>$501,173.27, More or less; and  )<br>  )<br>DEFENDANT NO. 3: CONTENTS OF  )<br>ACCOUNT NUMBER xxxxxx3030, STYLED  )<br>AS WMK TECHNOLOGY CORP., LOCATED  )<br>AT CITIBANK, IN THE APPROXIMATE  )<br>AMOUNT OF $37,537.94, More or less;  )<br>  )<br>Defendants.  ) | Case No. 22-1169-EFM-GEB |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT
AND REQUEST FOR FINAL ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through its attorneys, Ryan A. Kriegshauser, United States Attorney for the District of Kansas, and Scott L. Anderson, Special Assistant United States Attorney, and respectfully moves the Court for the entry of default judgment and a final order of forfeiture. In support of this motion, the United States shows the Court as follows:

1. Pursuant to Federal Rules of Civil Procedure 55(a) a Clerk's Entry of Default was entered on July 23, 2025 against all persons for failing to file a claim. (Doc. 39).

2. Pursuant to Federal Rule of Civil Procedure 55(b)(2), plaintiff, the United States of America, hereby requests that the Court enter default judgment in favor of plaintiff thereby forfeiting the defendant property to the United States of America.

WHEREFORE, the United States of America respectfully moves the Court to enter default judgment in favor of plaintiff and enter a final order of forfeiture.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

/s/ Scott L. Anderson
SCOTT L. ANDERSON, #26095
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
scott.anderson2@usdoj.gov

### CERTIFICATION OF SERVICE

I hereby certify that on the 6th day of August, 2025, I caused the electronic filing the foregoing with the clerk of the court by using the CM/ECF system which will provide electronic copies of this pleading to the counsel of record.

/s/ Scott L. Anderson
SCOTT L. ANDERSON
Special Assistant United States Attorney