UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,                    )<br>                                                                     )<br>              Plaintiff,                                  )<br>                                                                     )<br>     v.                                                           )<br>                                                                     )<br>DEFENDANT NO. 1: CONTENTS OF          )<br>ACCOUNT NUMBER xxxxxx1736, STYLED )<br>AS WILLIAM B. WHYMARK, LOCATED AT )<br>TD BANK, IN THE APPROXIMATE AMOUNT )<br>OF $164,599.92, More or less;                        )<br>                                                                     )<br>DEFENDANT NO. 2: CONTENTS OF          )<br>ACCOUNT NUMBER xxxxxx3625, STYLED )<br>AS WILLIAM WHYMARK AND JESSICA    )<br>WHYMARK, LOCATED AT CITIBANK, IN  )<br>THE APPROXIMATE AMOUNT OF             )<br>$501,173.27, More or less; and                       )<br>                                                                     )<br>DEFENDANT NO. 3: CONTENTS OF          )<br>ACCOUNT NUMBER xxxxxx3030, STYLED )<br>AS WMK TECHNOLOGY CORP., LOCATED )<br>AT CITIBANK, IN THE APPROXIMATE       )<br>AMOUNT OF $37,537.94, More or less;            )<br>                                                                     )<br>              Defendants.                              ) | Case No. 22-1169-EFM-GEB |

**ORDER FOR ENTRY OF DEFAULT JUDGMENT
<u>AND FINAL ORDER OF FORFEITURE</u>**

Plaintiff, the United States of America, has moved the Court pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure for the entry of default judgment. A Clerk's Default of all persons and entities was entered on July 23, 2025. (Doc. 39).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Entry of Default Judgment and for Final Order of Forfeiture, Doc. 40, is hereby GRANTED and  default judgment is entered herein, and that the defendant property is hereby forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C). No other

parties or persons shall have any interest in said defendant property, and the United States shall dispose of the defendant property according to law.

    IT IS SO ORDERED.

    Dated this 7th day of August, 2025.

                                            HONORABLE ERIC F. MELGREN
                                            Chief District Court Judge